UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY GROSSENBACHER,

       Plaintiff,                    Case No. 1:04-CV-336

v.                                    HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                                  /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 8, 2005. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 7, 2005, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **affirmed** pursuant to 42 U.S.C. § 405.

Dated: July 11, 2005                                        /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE